Commonwealth *v.* Passeau, Appellant.

Submitted November 17, 1975. *Daniel R. Lovette,* Assistant Public Defender, for appellant; *Randall C. Rodkey,* Assistant District Attorney, and *Caram J. Abood,* District Attorney, for Commonwealth, appellee.
Judgment of sentence affirmed.

Commonwealth *v.* Perry, Appellant.

Submitted September 8, 1975. *Calvin S. Drayer, Jr.,* and *John J. Leshinski,* Assistant Public Defenders, for appellant; *Stewart J. Greenleaf,* Assistant District Attorney, *William T. Nicholas,* First Assistant District Attorney, and *Milton O. Moss,* District Attorney, for Commonwealth, appellee.
Judgment of sentence affirmed.

Commonwealth *v.* Podobensky, Appellant.

Submitted November 17, 1975. *Ralph L. S. Montana,* Assistant Public Defender, for appellant; *Henry Ray Pope, III,* District Attorney, for Commonwealth, appellee.
Order affirmed.